UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 9:15-CV-80855-ROSENBERG

PATRICIA KENNEDY,

    Plaintiff,

v.

BEARCASH, LLC,

    Defendant.

_____/

## ORDER APPROVING CONSENT DECREE AND DISMISSAL OF DEFENDANT WITH PREJUDICE

THIS CAUSE is before the Court on the Parties' Stipulation for Approval and Entry of Consent Decreee and Dismissal of Case With Prejudice [DE 10]. The Court has carefully considered the stipulation and the Consent Decree attached to the Joint Stipulation as an exhibit, and is otherwise fully advised in this matter.

Accordingly, it is ORDERED AND ADJUDGED as follows:

    1.    The Stipulation for Approval and Entry of Consent Decreee and Dismissal of Case With Prejudice is hereby GRANTED.

    2.    The Court hereby APPROVES the Consent Decree and Defendant is DISMISSED WITH PREJUDICE.

    3.    The Court Retains jurisdiction to enforce the Consent Decree.

    4.    All pending motions are hereby denied as moot.

5. This case is CLOSED.

DONE AND SIGNED in Chambers, at Fort Pierce, Florida this 23rd day of July, 2015.

                                    ROBIN L. ROSENBERG
                                    UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of record